JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV17-01112-RGK (AJWx) | Date | March 23, 2017 |
|---|---|---|---|
| Title | *Jose Hernandez v. Anheuser-Busch LLC* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order to Remand

    On March 7, 2017, Plaintiff filed a Motion to Remand. On March 13, 2017, Defendant filed a Notice of Non-Opposition. In light of the foregoing, the Court hereby remands this case to state court for all further proceedings.

    **IT IS SO ORDERED**.

:

Initials of Preparer